192 F.3d 1330 (9th Cir. 1999)
 OWENS VALLEY INDIAN HOUSING AUTHORITY, Plaintiff-Appellant,
v.
GIFFORD TURNER, Defendant-Appellee.
 No. 96-16021
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted May 11, 1999--San Francisco, California
Opinion Filed August 2, 1999
Opinion Withdrawn October 29, 1999
Filed October 29, 1999
 
 1
 Appeal from the United States District Court for the Eastern District of California; Garland E. Burrell, District Judge, Presiding. D.C. No. CV-95-05690-GEB
 
 
 2
 Before: Betty B. Fletcher and Barry G. Silverman, Circuit Judges, and Tom Stagg,[1] District Judge.
 
 ORDER
 
 3
 The petition for rehearing is granted. The opinion filed August 2, 185 F.3d 1029, is withdrawn. Contemporaneous with the filing of this order, a memorandum disposition is filed to replace the opinion.
 
 
 
 Notes:
 
 
 [1]
 Honorable Tom Stagg, Senior United States District Judge for the District of Louisiana, sitting by designation.